## STATE OF CONNECTICUT *v.* STEVEN EDELMAN

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 480 (AC 20145), is granted, limited to the following issue:

"Under the plain error doctrine, should the defendant's conviction be reversed and judgment be directed in his favor, on the ground that there was no evidence that the defendant unlawfully continued to work under § 118.2 of the state building code?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16623.

*David K. Jaffe,* in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided November 14, 2001

## STATE OF CONNECTICUT *v.* CAINE COOPER

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 551 (AC 19850), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 14, 2001

## STATE OF CONNECTICUT *v.* GEORGE MOORE

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 717 (AC 20037), is denied.